UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY EUGENE LEWIS, | ) | CASE NO. C08-1201-JCC-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| KING COUNTY, | ) | |
| Defendant. | ) | |

On September 19, 2008, the court directed the Clerk to serve copies of plaintiff's amended complaint on defendant. (Doc. #8). Defendant's answer to the amended complaint was due by October 24, 2008. To date, however, defendant has neither filed the answer nor sought an extension of time in which to do so. Accordingly, it is hereby ORDERED:

(1) Defendant shall show cause within 21 days from receipt of this Order why plaintiff should not be granted relief.

(2) The Clerk is directed to send a copy of this Order to counsel for defendant, to plaintiff, and to the Honorable John C. Coughenour.

DATED this 18th day of November, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -1