UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY EUGENE LEWIS, | ) | CASE NO. C08-1201-JCC-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER STRIKING AND |
| | ) | RETURNING PLAINTIFF'S |
| KING COUNTY, | ) | REQUEST FOR DISCOVERY |
| Defendant. | ) | |

Plaintiff is a Washington state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 25, 2008, the Court issued an Order regarding pretrial preparations. (Dkt. No. 15). This Order established deadlines for completing discovery and filing dispositive motions. Plaintiff subsequently sent the Court a request for production of documents followed by a letter regarding discovery. (Dkt. 18). Having considered the request, the Court does hereby find and ORDER:

(1) Plaintiff is advised that requests for discovery should not be sent to the Court but rather to the opposing party. The Court's role is limited to resolving disputes regarding discovery if they arise. Therefore, the Clerk shall STRIKE plaintiff's request (Dkt. 18) and return it to

01 plaintiff.

02 (2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for
03 defendants, and to the Hon. John C. Coughenour.

04 DATED this 15th day of December, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING AND RETURNING
PLAINTIFF'S REQUEST FOR DISCOVERY
PAGE -2