UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY EUGENE LEWIS, | ) | CASE NO. C08-1201-JCC-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING MOTIONS |
| | ) | REGARDING PROPOSED SECOND |
| KING COUNTY, | ) | AMENDED COMPLAINT |
| Defendant. | ) | |

Plaintiff Anthony Eugene Lewis proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights case. His allegations arise out of a March 2005 incident resulting in his arrest, prosecution, conviction for violation of the Uniformed Controlled Substance Act, and eventual determination of a mistrial.

Plaintiff originally named former King County Prosecuting Attorney Norm Maleng, current King County Prosecuting Attorney Daniel T. Satterburg, Chief of the Screening Division of the King County Prosecuting Attorney's Office John Doe, Deputy Prosecuting Attorney Gabrielle R. Dickerman, King County Prosecuting Attorney's Office, King County, King County Correctional Facility, and King County Risk Management Program as defendants. (Dkt. 1-2.)

The Court identified deficiencies in the proposed complaint, denied service, and granted plaintiff an opportunity to amend. (Dkt. 4.) Plaintiff filed an amended complaint naming King County and King County Correctional Facility as defendants. (Dkt. 7.) The Court dismissed plaintiff's amended complaint as to King County Correctional Facility and directed service on King County. (Dkt. 8.)

Plaintiff now seeks to amend his complaint by naming Seattle Police Officers Michael Tietjen, James Lee, Kerry Zieger, Mark Hazard, Seattle Police Officers John and Jane Does #1-5, and the King County Prosecuting Attorney's Office as defendants. (Dkts. 20 & 24.) He also seeks leave of service of the proposed second amended complaint. (Dkt. 21.) For the reasons described below, the Court finds no basis for granting plaintiff's motions.

Federal Rule of Civil Procedure 15 provides that "leave [to amend a pleading] shall be freely given when justice so requires." Fed. R. Civ. P. 15 (a). Leave to amend may be denied where there is undue delay, bad faith or dilatory motive, undue prejudice to the opposing party, or when the amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962). In this case, plaintiff's proposed amendments would be futile.

As noted by defendant, plaintiff has an existing lawsuit, regarding the same incident at issue in this case, in which he names Seattle Police Officers Tietjen, Lee, Zieger, and Hazard as defendants. *See Lewis v. City of Seattle*, No. C07-1517-MJP-BAT. In fact, the Court recently issued a Report and Recommendation in that lawsuit recommending denial, in part, of a summary judgment motion filed by those defendants based on the existence of material factual disputes. (*Id*., Dkt. 79.) Given the separate, ongoing lawsuit, it would not be appropriate to add the same defendants in this case.

01       Nor should Seattle Police Officers John and Jane Does or the King County Prosecuting

02 Attorney's Office be added as defendants. As the Court previously noted in denying service of

03 plaintiff's first proposed complaint, the King County Prosecuting Attorney's Office is an entity

04 of King County and, as such, is not a proper defendant in this action. *See Nolan v. Snohomish*

05 *County*, 59 Wn.App. 876, 883, 802 P.2d 792 (1990) ("[I]n a legal action involving a county, the

06 county itself is the only legal entity capable of suing and being sued.") Also, in addition to the

07 fact that "Doe" defendants are generally disfavored, *see Gillespie v. Civiletti*, 629 F.2d 637, 642

08 (9th Cir. 1980), plaintiff's claims against Seattle Police Officers John and Jane Does #1-5 are

09 clearly related to his other pending lawsuit, as opposed to this lawsuit against King County. (*See*

10 Dkt. 20 at 26-31.)

11       In sum, the Court concludes that justice does not require plaintiff's requested

12 amendments. Accordingly, plaintiff's pending motions regarding his proposed second amended

13 complaint (Dkts. 20, 21 & 24) are DENIED. The Clerk is directed to send copies of this Order

14 to the parties and to the Honorable John C. Coughenour.

15       DATED this 12th day of March, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING MOTIONS REGARDING
PROPOSED SECOND AMENDED COMPLAINT
PAGE -3