UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY EUGENE LEWIS, | ) | CASE NO. C08-1201-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR APPOINTMENT OF |
| KING COUNTY, | ) | COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Anthony Lewis proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights case. Plaintiff now seeks appointment of counsel to represent him on appeal of an order denying a motion to amend. (Dkt. 33.) Defendant did not respond to this request. Having reviewed plaintiff's request, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, plaintiff has shown neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel. *See*

*Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Accordingly, plaintiff's motion for appointment of counsel (Dkt. 33) is DENIED.

(2)  The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable John C. Coughenour.

DATED this 28th day of April, 2009.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S REQUEST
FOR APPOINTMENT OF COUNSEL
PAGE -2