UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY EUGENE LEWIS, | Case No. C08-1201-JCC |
| Plaintiff, | ORDER DISMISSING § 1983 ACTION |
| v. | |
| KING COUNTY, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for Summary Judgment (Dkt. No. 56) is DENIED, Defendant's Motion for Summary Judgment (Dkt. No. 50) is GRANTED, and this case is DISMISSED with prejudice;

(3) Plaintiff's Motions for Extension of Time to Object to Judge Theiler's Report and Recommendation (Dkt. Nos. 74 & 77) are DENIED; and

//

ORDER
PAGE - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Theiler.

DATED this 12th day of November, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2